**United States Bankruptcy Court**

**IN RE:**                                                              Case No._____

GMS Medical Company, LLC
_____ Chapter  \_\_11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Cyrus Gates<br>1100 Rio Verde Drive, Desoto, TX 75115 | 100 | Managing member |